**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00336-CR**
_____

**CHRISTY LYNN BEARDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 128th District Court**
**Orange County, Texas**
**Trial Cause No. A210017-R**

**MEMORANDUM OPINION**

On September 29, 2023, the trial court accepted Christy Lynn Bearden's guilty plea on an indictment for possession of a controlled substance and placed Bearden on community supervision for five years. The trial court signed a certification in which the trial court certified that this is a plea-bargain case and Bearden has no right of appeal. On October 30, 2023, Bearden filed a notice of appeal for Trial Cause Number A210017-R. The District Clerk provided the certification to the Court of Appeals.

1

On November 1, 2023, we notified the parties that we would dismiss the appeal unless the appellant established the certification was incorrect. None of the parties responded to the Court's notice. Since the record lacks a certification saying that Bearden has the right of appeal, we dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 5, 2023
Opinion Delivered December 6, 2023
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.

2